## SENTENCE DATA SHEET (SEALED)

**DEFENDANT:** FRANCISCO FALOMIR

**CRIMINAL NO:** 4:18CR0301(S)

**SUBSTANCE OF PLEA AGREEMENT:** Pursuant to Rule 11(c)(1)(A) and (B):

(a) If Defendant pleads guilty to Count One of the Superseding Information and persists in that plea through sentencing, and if the Court accepts this plea agreement, the United States will move to dismiss any remaining counts of the indictment in 4:18CR0301 at the time of sentencing. The defendant agrees that with respect to any and all dismissed charges he/she is not a 'prevailing party within the meaning of the 'Hyde Amendment,' Section 617, P.L. 105-119 (Nov. 26, 1997), and will not file any claim under that law;

(b) If the Court determines that Defendant qualifies for an adjustment under U.S.S.G. § 3E1.1(a), and the offense level prior to operation of § 3E1.1(a) is 16 or greater, the United States will move under § 3E1.1(b) for an additional one-level reduction because Defendant timely notified authorities of his or her intent to plead guilty, thereby permitting the United States to avoid preparing for trial and permitting the United States and the Court to allocate their resources more efficiently.

(c) The defendant agrees to provide the United States with a first-person affidavit as part of a provisional arrest warrant for Raul REYES-OCEGUERA.

1

| | | |
|---|---|---|
| **COUNT ONE:** | | <u>Misprision of A Felony</u> [18 U.S.C. §4] |
| **PENALTY:** | | Imprisonment of not more than three (3) years and a fine not to exceed $250,000. |
| **ELEMENTS OF 18 USC §4:** | | |

    (1)    That a federal felony was, as charged in Count One of the superseding information – Laundering of Monetary Instruments -

        First: That the defendant knowingly conducted a financial transaction;

        Second: That the financial transaction involved the proceeds of a specified unlawful activity, namely the purchase of a Beech 90 King Air aircraft;

        Third: That the defendant knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity; and

        Fourth: That the defendant knew that the transaction was designed in whole or in part to conceal or disguise the nature, location, source, ownership, or control of the proceeds of the specified unlawful activity. 18 U.S.C. §1956(a)(1)(B)(i)

    (2)    That the defendant had knowledge of the felony.

    (3)    That the defendant failed to notify an authority as soon as possible; and

    (4)    That the defendant did an affirmative act, as charged, to conceal the crime.

**SENTENCING GUIDELINES:** Applicable

**SUPERVISED RELEASE:** Not more than one (1) year supervised release.

**SPECIAL ASSESSMENT:** $100 per count of conviction

**CITIZENSHIP:** United States.